**UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF OKLAHOMA**

Calvin Rouse, et al.,

       Plaintiff(s),

vs.                           Case Number: 17-cv-562-JHP-FHM

Foremost Insurance Company Grand Rapids
Michigan, et al.,

       Defendant(s).

## SETTLEMENT CONFERENCE REPORT

On 01/22/2018 a Settlement Conference was held in the captioned matter.

☑    The litigation was settled; within __10__ days of the
date hereof, the Plaintiff and Defendant shall file:

      ✓    a Stipulation of Dismissal
          OR
      --    Agreed Judgment and
          Motion to Enter Agreed Judgment

☐    The litigation was not settled.

☐    Settlement negotiations are pending. The parties are to phone the undersigned
by _: ___ p.m. on _____, 2018.

DATED: 01/22/2018.

                                                                     
Jodi F. Jayne
U.S. Magistrate Judge