**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| (1)  CALVIN ROUSE, AND ) <br> (2)  JOSLYN SMITH, ) <br>  ) <br>  Plaintiffs, ) <br>  ) <br> v. ) <br>  ) <br> (1) FOREMOST INSURANCE COMPANY ) <br> GRAND RAPIDS MICHIGAN, AND ) <br> (2)  FARMERS INSURANCE COMPANY ) <br> INC., ) <br>  ) <br>  Defendants. ) | Case No. 17-cv-562-JHP-FHM |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

**COME NOW** the Plaintiffs, Calvin Rouse and Joslyn Smith, and the Defendants, Foremost Insurance Company Grand Rapids Michigan and Farmers Insurance Company, Inc., and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, do stipulate to the dismissal with prejudice of the above-styled and numbered cause, and all claims asserted therein. Each party shall bear its own costs and attorney's fees.

    Respectfully submitted,

    *s/ Steven V. Buckman*
    Steven V. Buckman, OBA # 10745
    *(signed by filing attorney with permission of attorney for Plaintiffs)*
    BUCKMAN LAW FIRM
    10108 E. 79th Street, Suite C
    Tulsa, Oklahoma 74133
    Telephone: 918/587-1525
    Email: sbuckman@atty.com

    **ATTORNEY FOR PLAINTIFFS
    CALVIN ROUSE AND JOSLYN SMITH**

*s/Phil R. Richards*
Phil R. Richards, OBA #10457
RICHARDS & CONNOR
12th Floor, ParkCentre Bldg.
525 S. Main Street
Tulsa, Oklahoma  74103
Telephone:  918/585.2394
Facsimile:  918/585.1449
Email:  prichards@richardsconnor.com

**ATTORNEY FOR DEFENDANTS**
**FOREMOST INSURANCE COMPANY GRAND**
**RAPIDS MICHIGAN AND FARMERS**
**INSURANCE COMPANY, INC.**